UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN MCADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-01128-STA-jay |
| | ) | |
| ROGER IVEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

On April 29, 2021 the parties filed a Joint Motion to Stay Dispositive Deadline. (ECF No. 20.) Parties represented that they had come to a "tentative resolution" of the case and were in the process of preparing and finalizing settlement documents, a process that, according to the parties, takes approximately sixty days. Accordingly, on April 30, 2021, the Court granted the motion to stay the dispositive motion deadline that was set to expire on May 14, 2021. (ECF No. 21.) In that order, the Court instructed the parties to file a status update within sixty days to inform the Court of any updates to the resolution of this case. As of the date of this order, parties have not filed a status update with the Court. Therefore, parties are ordered to show cause as to why they should not be sanctioned for failing to follow an order of this Court. Parties will file a joint response to this order and a status update by close of business on September 3, 2021.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: August 23, 2021